JEROME L. LEVINE (Bar No. 038613)
FRANK R. LAWRENCE (Bar No. 147531)
DAVID M. GONDEN (Bar No. 154306)
**HOLLAND & KNIGHT LLP**
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
DRY CREEK RANCHERIA BAND
OF POMO INDIANS OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL,<br><br>Plaintiffs,<br><br>vs.<br><br>DRY CREEK RANCHERIA BAND OF POMO INDIANS; DRY CREEK CASINO, LLC; a limited liability company; NEVADA GOLD & CASINOS, INC., a corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. C 06-03714 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br>**Local Rule 6-1(a)** |

Counsel for plaintiffs and for defendant Dry Creek Rancheria Band of Pomo Indians of California hereby stipulate that defendants time within which to answer or otherwise respond to the complaint is hereby extended through and including July 7, 2006. This change will not alter the date of any event or any deadline already fixed by Court order. *See* Local Rule 6-1(a).

/ / /

/ / /

/ / /

/ / /

- 1 -

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT Local Rule 6-1(a)                                        Case No.: C 06-03714 CRB

Dockets.Justia.com

| | |
|---|---|
| Dated: June 16, 2006 | HOLLAND & KNIGHT LLP<br><br>*[signature]*<br><br>Jerome L. Levine<br>Frank R. Lawrence<br>David M. Gonden<br>Attorneys for Defendant<br>DRY CREEK RANCHERIA BAND OF<br>POMO INDIANS OF CALIFORNIA |
| Dated: June ___, 2006 | LAW OFFICES OF RICHARD SAX<br><br>_____<br>Richard Sax<br>Attorney for Plaintiffs<br>MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL |

June 19, 2006

**IT IS SO ORDERED**
*[signature]*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

– 2 –

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT Local Rule 6-1(a)   Case No.: C 06-03714 CRB