JEROME L. LEVINE (Bar No. 038613)
FRANK R. LAWRENCE (Bar No. 147531)
DAVID M. GONDEN (Bar No. 154306)
**HOLLAND & KNIGHT LLP**
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910

Attorneys for Defendant
DRY CREEK RANCHERIA BAND
OF POMO INDIANS OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DRY CREEK RANCHERIA BAND OF POMO INDIANS; DRY CREEK CASINO, LLC; a limited liability company; NEVADA GOLD & CASINOS, INC., a corporation; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. C 06-03714 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br>**Local Rule 6-1(a)** |

Counsel for plaintiffs and for defendant Dry Creek Rancheria Band of Pomo Indians of California hereby stipulate that defendants time within which to answer or otherwise respond to the complaint is hereby extended through and including July 7, 2006. This change will not alter the date of any event or any deadline already fixed by Court order. *See* Local Rule 6-1(a).

/ / /

/ / /

/ / /

/ / /

1  Dated: June 16, 2006                    HOLLAND & KNIGHT LLP

2                                          /s/ signature

3                                          Jerome L. Levine
                                           Frank R. Lawrence
4                                          David M. Gonden
                                           Attorneys for Defendant
5                                          DRY CREEK RANCHERIA BAND OF
                                           POMO INDIANS OF CALIFORNIA
6

7
   Dated: June ___, 2006                   LAW OFFICES OF RICHARD SAX
8

9                                          _____
10                                         Richard Sax
                                           Attorney for Plaintiffs
11                                         MELISSA LORRAINE RUSS; KAREN
                                           CASILLAS; KATHERINE MARIE
12                                         CASILLAS SOMERSALL; and
                                           YOLANDA CASILLAS SOMERSALL
13

14

15        June 19, 2006
                                  
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO                          Case No.: C 06-03714 CRB
RESPOND TO COMPLAINT Local Rule 6-1(a)

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel.: (415) 743-6900
Fax: (415) 743-6910