LAW OFFICES OF RICHARD SAX
State Bar Number 80632
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorneys for Plaintiffs, Melissa Lorraine Russ; Karen Casillas; Katherine Marie Casillas Somersall; And Yolada Casillas Somersall

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oo000oo---

| | |
|---|---|
| MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL, <br><br> Plaintiffs, <br><br> vs. <br><br> DRY CREEK RANCHERIA BAND OF POMO INDIANS; DRY CREEK CASINO, LLC; a limited liability company; NEVADA GOLD & CASINOS, INC., a corporation; and DOES 1 to 50, inclusive, <br><br> Defendants. | No. C06-03714CRB <br><br><br><br><br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs, MELISSA LORRAINE RUSS, KAREN CASILLAS, KATHERINE MARIE CASILLAS SOMERSALL and YOLANDA CASILLAS SOMERSALL, voluntarily dismiss defendants, DRY CREEK CASINO, LLC and NEVADA GOLD & CASINOS, INC., without prejudice.

DATED: July 26, 2006.       _/s/ Richard Sax_
                            RICHARD SAX
                            Attorney for Plaintiffs

IT IS SO ORDERED
Judge Charles R. Breyer

August 14, 2006

1

Notice of Voluntary Dismissal