Richard Sax, Esq. SBN 80632  Richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA  95401
Telephone:  (707) 525-1824
Facsimile:  (707) 525-8119
Attorneys for Plaintiffs,
Melissa Lorraine Russ; Karen Casillas;
Katherine Marie Casillas Somersall;
and Yolanda Casillas Somersall

Jerome L. Levine, Esq. SBN 038613
Frank R. Lawrence, Esq. SBN 147531
David M. Gonden, Esq. SBN 154306
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Attorneys for Defendant,
Dry Creek Rancheria Band of Pomo Indians

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>DRY CREEK RANCHERIA BAND OF POMO INDIANS; DRY CREEK CASINO, LLC; a limited liability company; NEVADA GOLD & CASINOS, INC., a corporation; and DOES 1 to 50, inclusive,<br><br>**Defendants.** | Case No. C 06-03714  CRB<br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

1

The parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order, and request that the Court continue the upcoming Status Conference set for November 17, 2006, at 8:30 a.m. in Courtroom 8, 19th Floor, San Francisco, to a date beyond the December 9, 2006 Tribal Council meeting.


Dated:                          "s/Richard Sax"
                                Richard Sax, Esq.
                                Law Offices of Richard Sax
                                Attorneys for Plaintiffs, Karen Casillas;
                                Melissa Lorraine Russ; Katherine Marie
                                Casillas Somersall; and
                                Yolanda Casillas Somersall


Dated:                          "s/David M. Gonden"
                                David M. Gonden, Esq.
                                Holland & Knight LLP
                                Attorneys for Defendant,
                                Dry Creek Rancheria Band of Pomo Indians

## [PROPOSED] ORDER

The [Proposed] Order is hereby adopted by the Court as follows, and the parties are ordered to comply with this Order. In addition the Court orders:

   Rescheduled for January 12, 2007 at 8;30 a.m.


Dated:  November 16, 2006          _____

                                Honorable
                                United States

IT IS SO ORDERED

Judge Charles R. Breyer

2