UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LORRAINE RUSS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DRY CREEK RANCHERIA BAND OF POMO INDIANS, *et al.*, <br><br> Defendants. <br> _____/ | No. C-06-3714 CRB (EMC) <br><br> **ORDER RE LETTER TO TRIBAL COUNCIL MEMBERS AND SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

The Court orders the Board of Directors of the Dry Creek Rancheria Band of Pomo Indians to send a copy of the attached letter to each Tribal Council member at least two (2) weeks in advance of the April, 2007 General Membership Meeting.

Additionally, a Further Settlement Conference is scheduled for **May 24, 2007, at 9:30 a.m.**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any questions regarding scheduling of the Further Settlement Conference should be directed to Judge Chen's secretary, Leni Doyle, at (415) 522-4050.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

- ♦ **Further Settlement Conference statements shall be lodged with the Court by May 17, 2007. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: February 23, 2007

EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California