Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL,<br><br>Plaintiffs,<br><br>vs.<br><br>DRY CREEK RANCHERIA BAND OF POMO INDIANS; DRY CREEK CASINO, LLC; a limited liability company; NEVADA GOLD & CASINOS, INC., a corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.  C 06-03714 CRB (EMC)<br><br>ORDER CONTINUING THE MAY 24, 2007 FURTHER SETTLEMENT CONFERENCE<br><br>Date:  June 26, 2007<br>Time:  9:30 a.m.<br>Courtroom:  C, 15th Floor<br>Magistrate Judge:  Hon. Edwards M. Chen |

– 1 –

<div style="margin-left: sidebar">Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910</div>

1  Pursuant to stipulation between the parties in this action,

2  IT IS HEREBY ORDERED that the Further Settlement Conference date of

3  May 24, 2007, be continued to June 26, 2007, at 9:30 a.m. before the Honorable

4  Edwards M. Chen, U.S. Magistrate Judge, in Courtroom C, 15th Floor, Federal Building,

5  450 Golden Gate Avenue, San Francisco, California 94102.

6  Further Settlement Conference statements shall be lodged with the Court by 6/19/07

7  2007. If this case is designated as an electronic filing ("e-filing") case, statements must be

8  lodged by hard copy only and should not be electronically filed.

9  Lead counsel who will try the case shall appear at the Further Settlement Conference with

10  the parties and with the person or persons having full authority to negotiate and to settle the case.

11  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at

12  (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

13  All other provisions of this Court's original Notice of Settlement Conference and

14  Settlement Conference Order shall remain in effect.

15  IT IS SO ORDERED.

16

17  Dated: 5/3 , 2007

    Edwards M. Chen
18  United States Magistrate Judge

26  # 4495304_v1

---

– 2 –

| ORDER CONTINUING THE MAY 24, 2007 FURTHER SETTLEMENT CONFERENCE | Case No. 3:06-CV-03714-CRB (EMC) |