**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LORRAINE RUSS, *et al.*, | No. C-06-3714 CRB (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE JUNE 26, 2007 FURTHER SETTLEMENT CONFERENCE** |
| DRY CREEK RANCHERIA BAND OF POMO INDIANS, *et al.*, | |
| Defendants. _____/ | |

The Court orders the parties -- all Plaintiffs, and all members of the entire Board of Directors of the Dry Creek Rancheria Band of Pomo Indians -- to appear at the Further Settlement Conference, scheduled for June 26, 2007 at 9:30 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Additionally, Jerome L. Levine and Frank R. Lawrence, counsel for Defendants, shall be required to attend the Further Settlement Conference on June 26, 2007.

♦ **Brief, updated Further Settlement Conference statements shall be lodged with Judge Chen's chambers by June 19, 2007 by hard copy only.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: June 18, 2007

EDWARD M. CHEN
United States Magistrate Judge

2