Richard Sax, Esq. SBN 80632  (Richard@rsaxlaw.com)
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA  95401
Telephone:  (707) 525-1824
Facsimile:  (707) 525-8119
Attorneys for Plaintiffs,
Melissa Lorraine Russ; Karen Casillas;
Katherine Marie Casillas Somersall;
and Yolanda Casillas Somersall

Jerome L. Levine, Esq. SBN 038613
Frank R. Lawrence, Esq. SBN 147531
David M. Gonden, Esq. SBN 154306
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Attorneys for Defendant,
Dry Creek Rancheria Band of Pomo Indians

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA LORRAINE RUSS; KAREN CASILLAS**; **KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**DRY CREEK RANCHERIA BAND OF POMO INDIANS, et al.,**<br><br>**Defendants.** | Case No. C 06-03714  CRB/EMC<br><br>~~(PROPOSED)~~ **ORDER CONTINUING THE JUNE 29, 2007 CASE MANAGEMENT CONFERENCE**<br><br>Date:     October 12    , **2007**<br>Time:     8 : 30  (a.m./~~p.m.~~)<br>Location: **Courtroom 8, 19th Floor**<br>              **450 Golden Gate Avenue**<br>              **San Francisco, CA 94102** |

/ / /

/ / /

1

1
2      IT IS HEREBY ORDERED that the Case Management Conference date of
3  June 29, 2007, be continued to _October 12,_____, 2007, at _8:30_ (a.m./~~p.m.~~) before the
4  Honorable Charles R. Breyer, United States District Judge, in Courtroom 8, 19th Floor, Federal
5
6  Building, 450 Golden Gate Avenue, San Francisco, California 94102.
7      Further Case Management Conference statements shall be filed with the Court by
8  _October 5_____, 2007.
9
10  IT IS SO ORDERED.
11
12  Dated:  ___June 28_____, 2007         _____
13                                         Honorable Charles R. Breyer
14                                         United States District Judge



2

(PROPOSED) ORDER                                    USDC Case No. C06-03714 CRB/EMC
CONTINUING THE JUNE 29, 2007
CASE MANAGEMENT CONFERENCE