1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Richard Sax   SBN 80632**
**LAW OFFICES OF RICHARD SAX**
448 Sebastopol Avenue
Santa Rosa, CA  95401
Telephone:  (707) 525-1824
Facsimile: (707) 525-8119
Attorney for Plaintiffs,
 Melissa Russ, Karen Casillas, Katherine Marie Casillas Somersall,
 and Yolanda Casillas Somersall

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LORRAINE RUSS; KAREN CASILLAS; KATHERINE MARIE CASILLAS SOMERSALL; and YOLANDA CASILLAS SOMERSALL,<br><br>Plaintiffs,<br><br>v.<br><br>DRY CREEK RANCERHIA BAND OF POMO INDIANS, et al.,<br><br>Defendants. | **CASE NO.:   C 06-03714 CRB/EMC**<br><br><br><br>~~PROPOSED~~ **ORDER OF DISMISSAL** |

The Court, having received and accepted the Stipulation for Order of Dismissal, filed by plaintiffs' MELISSA LORRAINE RUSS, KAREN CASILLAS, KATHERINE MARIE CASILLAS SOMERSALL, and YOLANDA CASILLAS SOMERSALL, and signed by defendants DRY CREEK RANCERHIA BAND OF POMO INDIANS, et al., requesting a dismissal of this matter without prejudice in its entirety,  hereby orders this case dismissed without prejudice in its entirety. Each side will bear its own costs and fees, and this court will retain jurisdiction to enforce the settlement until performance in full of its terms. Said dismissal shall take effect immediately.

1 | Dated: October __26____, 2007



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Russ v. Dry Creek Rancheria/Proposed Order of Dismissal/Case No.: C 06-03714 CRB/EMC*